**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kathy T. Brensinger                                    CHAPTER 13

Debtor(s)

BKY. NO. 26-12162-PMM


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


Respectfully submitted,


/s/ *Matthew Fissel*

Matthew Fissel
22 May 2026, 15:08:03, EDT


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 2882e126855e4e180de9c8ec7e1961f297e0ade52746cb7268a28fd68377a4d7