Certificate Number: 05781-PAE-DE-041092166

Bankruptcy Case Number: 26-12162



05781-PAE-DE-041092166

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2026, at 10:45 o'clock AM PDT, Kathy Brensinger completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 14, 2026                By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President